UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE COMPANY, SI,<br><br>                   Plaintiff,<br><br>   v.<br><br>DENNIS S. JOHNSON and SHARRON J. JOHNSON, husband and wife, individually and the martial community composed thereof,<br><br>                 Defendants. | NO: 2:22-CV-0114-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |
| DENNIS S. JOHNSON and SHARRON J. JOHNSON, husband and wife, individually and the martial community composed thereof,<br><br>                 Third-Party Plaintiffs,<br><br>   v.<br><br>BUTTON JEWELERS, INC., a Washington Corporation,<br><br>                 Third-Party Defendant., | |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

BEFORE THE COURT is Plaintiff Jewelers Mutual Insurance Company, SI's Motion to Dismiss without Prejudice.  ECF No. 15.  No party has timely responded or objected to Plaintiff's motion.  The motion was submitted for hearing without oral argument.  Having reviewed the file and the records herein, the Court is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Plaintiff Jewelers Mutual Insurance Company, SI's Motion to Dismiss without Prejudice, ECF No. 15, is **GRANTED**.  All claims and causes of action in this matter, including the third-party claims, are **DISMISSED** without prejudice and without an award of costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, enter Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED December 14, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2