AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 14, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JEWELERS MUTUAL INSURANCE, COMPANY, SI, <br> *Plaintiff* <br> v. <br> DENNIS S. JOHNSON and SHARRON J. JOHNSON, et al., <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No.  2:22-CV-0114-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** All claims and causes of action in this matter, including the third-party claims, are DISMISSED without prejudice and without an award of costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Plaintiff Jewelers Mutual Insurance Company, SI's Motion to Dismiss without Prejudice (ECF No. 15).

Date:  December 14, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry